UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

DAVID G. SPENCE,
          Plaintiff,

    v.

CITIMORTGAGE, INC.,
          Defendant.

No. C 11-5404 SI

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      January 31, 2012
Mediator:  Shirish Gupta

    IT IS HEREBY ORDERED that the request to excuse defendant's representative from appearing in person at the January 31, 2012, mediation before Shirish Gupta is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 23, 2012        By: *[signature]*
Dated                                Elizabeth D. Laporte
                                     United States Magistrate Judge