Counsel shall inform the court of the telephone number that should be conferenced.

*IT IS SO ORDERED*
*/s/ Susan Illston*
Judge Susan Illston

Ryan Thomas (SBN 230491)
Roy N. Johnston (SBN 185409)
JOHNSTON | THOMAS, Attorneys at Law
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Telephone: (707) 545-6542
Facsimile: (707) 545-1522

Attorneys for Plaintiff DAVID G. SPENCE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID G. SPENCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation,<br><br>Defendants. | CASE NO.: CV115404JCS<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE ON FEBRUARY 24, 2012**<br><br>Date: February 24, 2012<br>Time: 2:30 p.m.<br>Ctrm: 10 – 19th floor<br>Complaint Filed: November 7, 2011 |

Plaintiff DAVID G. SPENCE. ("Plaintiff") hereby requests to make a telephonic appearance at the initial Case Management Conference on February 24, 2012 at 2:30 p.m. in Courtroom #10, 19th Floor, of the above-titled Court.

The direct telephone number for Ryan F. Thomas, who is to appear on behalf of Plaintiff is: (707) 545-6542.

JOHNSTON | THOMAS, Attorneys At Law

By: ___/s/ Ryan F. Thomas_____
Ryan F. Thomas
Attorney for Plaintiff DAVID G. SPENCE

-1-

PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT
INTIAL CASE MANAGEMENT CONFERRENCE

1  CASE NAME: *Spence v. Citimortgage, et al.*

2  **PROOF OF SERVICE**
[C.C.P. §§ 1013, *et seq.*]

3  I am a citizen of the United States. I am employed in the County of Sonoma, State of California. I am over the age of 18 years, and not a party to the within action; my business address is 1400 N. Dutton Ave., Suite 21, Santa Rosa, CA 95401-4643 where this service occurs.

4  

5  On February 16, 2012 according to ordinary business practice, I served the foregoing document(s) described as: **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** on the interested parties in this action by placing _X_ the Original ___ A true copy thereof enclosed in a sealed envelope address as follows:

6  

7  

8  H. Paul Efstratis  *(Attorney for CitiMortgage)*
BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA LLP
601 California Street, 16th Floor
San Francisco, California 94108
pefstratis@bledsoelaw.com

9  

10  

11  

12  ___ **BY MAIL:** I placed the envelope for collection and by mailing on the date listed below, at the place shown above. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

13  

14  

15  _XX_ **BY ELECTRONIC SERVICE:** Pursuant to CCP § 1010.6(a)(6) and Ca. Rule of Court 2.260 on the date listed below, at 1:45 time from the electronic notification address of plunny@johnstonthomas.com, I caused the within document to be served electronically on the party listed above, and the transmission was reported as complete and without error.

16  

17  

18  ___ **BY FACSIMILIE:** I transmitted the above document at _____ time on the date listed below via facsimile transmission from the fax number (707) 545-1522 to the offices of the addressee at the facsimile number listed on the Service List, and said transmission as reported as complete and without error. A copy of said transmission report is attached hereto and said report was properly issued by the transmitting facsimile machine in the normal course of operation.

19  

20  

21  Executed on February 16, 2012 at Santa Rosa, California.

22  I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

23  _____
Pamela Lunny

24  

25  

26  

27  

28  

PROOF OF SERVICE