1  Ryan Thomas (SBN 230491)
   Roy N. Johnston (SBN 185409)
2  JOHNSTON | THOMAS, Attorneys at Law
   1400 N. Dutton Avenue, Suite 21
3  Santa Rosa, CA 95401
   Telephone: (707) 545-6542
4  Facsimile:  (707) 545-1522

5  Attorneys for Plaintiff DAVID G. SPENCE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID G. SPENCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation,<br><br>Defendants. | CASE NO.: C 11-05404 SI<br><br>**ORDER REQUESTING DISMISSAL OF CASE NO. C 11-05404 SI** |

Upon review of the Stipulation for Request of Dismissal of Case No. C 11-05404 SI, duly submitted, and cause appearing therefore, IT IS HEREBY ORDERED:

This matter having been settled on January 31, 2012, that this action should be dismissed with each party to bear their own costs and attorneys' fees

Dated: __5/4__, 2012

_/s/ Susan Illston_

Honorable Susan Illston

-1-