1  Ryan Thomas (SBN 230491)
   Roy N. Johnston (SBN 185409)
2  JOHNSTON | THOMAS, Attorneys at Law
   1400 N. Dutton Avenue, Suite 21
3  Santa Rosa, CA 95401
   Telephone:  (707) 545-6542
4  Facsimile:   (707) 545-1522

5  Attorneys for Plaintiff DAVID G. SPENCE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| DAVID G. SPENCE, an individual, | CASE NO.:  C 11-05404 SI |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUESTING DISMISSAL OF CASE NO. C 11-05404 SI** |
| CITIMORTGAGE, INC., a New York Corporation, | |
| Defendants. | |

Upon review of the Stipulation for Request of Dismissal of Case No. C 11-05404 SI, duly submitted, and cause appearing therefore, IT IS HEREBY ORDERED:

This matter having been settled on January 31, 2012, that this action should be dismissed with each party to bear their own costs and attorneys' fees

Dated: ___5/4___, 2012

*[signature: Susan Illston]*

Honorable Susan Illston

-1-